# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

———————

No. 13-40710

———————

United States Court of Appeals
Fifth Circuit

**FILED**

April 29, 2014

Lyle W. Cayce
Clerk

ALLISON STEWART, Individually and as Representative of the Estate of Troy Stewart, Stephanie Stewart and Natasha Stewart; NICOLE STEWART,

Plaintiffs – Appellants

v.

CITY OF CORPUS CHRISTI, TEXAS; MIKE WERTANEN, Individually; BRANDON CORDELL, Individually,

Defendants – Appellees

———————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 2:12-CV-207

———————————

Before KING, SOUTHWICK, and GRAVES, Circuit Judges.

PER CURIAM:*

AFFIRMED.  *See* 5th Cir. R. 47.6.

———————————

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.